Charles M. Dyke (*pro hac vice*)
cdyke@nixonpeabody.com
Dawn Valentine (*pro hac vice forthcoming*)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Phone: (415) 984-8200
Fax: (415) 984-8300

Ian C. Taylor (*pro hac vice*)
itaylor@nixonpeabody.com
Jennifer Squillario (*pro hac vice*)
jsquillario@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street, NW, Suite 500
Washington, DC 20001
Phone: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Defendants*
*Stantec Consulting Services, Inc.;*
*The Board of Directors of Stantec*
*Consulting Services, Inc.; and*
*Stantec Consulting Services, Inc.*
*Fiduciary Investment Committee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Gotta and Michael De Sena, individually and on behalf of the Stantec 401(k) Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>Stantec Consulting Services, Inc.; The Board of Directors of Stantec Consulting Services, Inc.; Stantec Consulting Services, Inc. Fiduciary Investment Committee; and John Does 1-30,<br><br>Defendants. | Case No. 2:20-cv-01865-GMS<br><br>**STIPULATION AND JOINT MOTION TO MODIFY ORDER SETTING FINAL PRETRIAL CONFERENCE** |

Plaintiffs Samantha Gotta and Michael De Sena ("Plaintiffs") and Defendants Stantec Consulting Services, Inc.; the Board of Directors of Stantec Consulting Services, Inc.; and the Stantec Consulting Services, Inc. Fiduciary Investment Committee ("Defendants") stipulate and jointly move the Court to modify the dates set forth in the Court's Order Setting Final Pretrial Conference (ECF No. 71), in which the final pretrial conference was set for July 6, 2023. The continuance is necessary because counsel for Defendants have a trial set for July 10, 2023, in another case pending in federal court in New York: *Jacobs v. Verizon Communications Inc.*, No. 16-cv-1082 (S.D.N.Y.). That trial is expected to take counsel through August 4, 2023, including post-trial briefing. Defendants' lead counsel in this case is scheduled shortly thereafter to have a necessary medical procedure, which will require a recovery period. Counsel for Defendants then have long-planned vacations in September, one of which is prepaid and already had to be rescheduled once at substantial cost, that conclude on September 24, 2023.

In addition, Plaintiffs' lead trial counsel is scheduled to undergo medically necessary, non-elective cancer surgery on July 25, 2023 and has been advised by the treating surgeon that he will require at least three weeks to recover.

In further support of this Stipulation and Joint Motion, the parties state as follows:

1. The Complaint in this case was filed on September 24, 2020 (ECF No. 1). The parties have been actively moving the case towards a resolution in a timely and cooperative manner since the case was first filed.

2. The parties have made supplemental productions of documents, worked cooperatively in scheduling depositions, completed Federal Rule of Civil Procedure 30(b)(6) witness depositions, exchanged expert reports, and completed expert depositions.

3. On April 19, 2023, counsel for Defendants and counsel for Plaintiffs exchanged correspondence on the desire to work cooperatively on addressing any availability and scheduling issues with respect to the setting of a final pretrial conference once the Court ruled on the then pending motions for class certification and for partial summary judgment.

4. On April 20, 2023, a motion for summary judgment and other motions that had been pending for more than two years in *Jacobs v. Verizon Communications Inc.,* No. 16-cv-1082 (S.D.N.Y.), were decided. The *Jacobs* Court also set a trial date, which it modified by order dated April 26, 2023, resulting in the July 10, 2023, trial date in that case.

5. On May 2, 2023, this Court granted the pending unopposed motions for class certification and for partial summary judgment (Dkt. No. 69). On May 5, 2023, counsel for Plaintiffs filed their Notice of Readiness for Pretrial Conference (Dkt. No. 70), albeit before conferring with counsel for Defendants regarding scheduling and availability.

6. On May 8, 2023, this Court issued its Order Setting Final Pretrial Conference (Dkt. No. 71).

7. Counsel for the parties have worked cooperatively to develop a new proposed schedule for the final pretrial conference and the deadlines leading up to it. Based on counsel's soonest availabilities, the parties have agreed upon the following proposed schedule:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Parties Exchange Marked Trial Exhibits | June 8, 2023 | October 19, 2023 |
| Parties Exchange Drafts of Final Pretrial Order | June 8, 2023 | October 19, 2023 |

| | | |
|---|---|---|
| Lodging of Joint Proposed Final Pretrial Order | June 22, 2023 | November 7, 2023 |
| Lodging of Proposed Findings of Fact and Conclusions of Law | June 22, 2023 | November 7, 2023 |
| Filing and Service of Motions in Limine | June 22, 2023 | November 7, 2023 |
| Responses to Motions in Limine | June 29, 2023 | November 30, 2023 |
| Final Pretrial Conference | July 6, 2023 | December 7, 2023 |

8. In light of the foregoing, the parties respectfully request that the Court enter an order modifying the dates and deadlines in the current Order Setting Final Pretrial Conference in accordance with the foregoing proposed new dates and deadlines.

9. A trial date has not yet been scheduled in this action. Therefore, this request by the parties to modify the above-specified deadlines will not require the rescheduling of trial.

Respectfully submitted: May 12, 2023

/s/ *Charles M. Dyke*
Charles M. Dyke (*pro hac vice*)
cdyke@nixonpeabody.com
Dawn Valentine (*pro hac vice*)
dvalentine@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Ctr., 32d Floor
San Francisco, CA 94111
Phone: (415) 984-8200
Fax: (415) 984-8300

|   |   |
|---|---|
| 1 | Ian C. Taylor (*pro hac vice*) |
|   | itaylor@nixonpeabody.com |
| 2 | Jennifer Squillario (*pro hac vice*) |
|   | jsquillario@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
|   | 799 9th Street, NW, Suite 500 |
| 4 | Washington, DC 20001 |
|   | Phone: (202) 585-8000 |
| 5 | Fax: (202) 585-8080 |

*Attorneys for Defendants Stantec Consulting Services, Inc.; The Board of Directors of Stantec Consulting Services, Inc.; and Stantec Consulting Services, Inc. Fiduciary Investment Committee*

/s/ *Michael C. McKay*
Michael C. McKay (023354)
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 117
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

Marc H. Edelson (*pro hac vice*)
Eric Lechtzin (*pro hac vice*)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, Pennsylvania 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com
Email: elechtzin@edelson-law.com

*Counsel for Plaintiffs and the proposed Class*