Michael C. McKay (023354)
MCKAY LAW, LLC
5635 N. Scottsdale Road, Suite 117
Scottsdale, Arizona 85250
Telephone: 480-681-7000
Facsimile: 480-348-3999
Email: mmckay@mckaylaw.us

Marc H. Edelson (*pro hac vice* anticipated)
Eric Lechtzin (*pro hac vice* anticipated)
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, Pennsylvania 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com
Email: elechtzin@edelson-law.com

*Attorneys for Samantha Gotta and Michael De Sena*

(Additional counsel on next page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Samantha Gotta and Michael De Sena, individually and on behalf of the Stantec 401(k) Plan,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Stantec Consulting Services, Inc.; The Board of Directors of Stantec Consulting Services, Inc.; Stantec Consulting Services, Inc. Fiduciary Investment Committee; and John Does 1-30,<br><br>　　　　Defendants. | Case No. 2:20-cv-01865-GMS<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

---

JOINT REPORT ON SETTLEMENT TALKS

4819-5798-9114.2

1  Charles M. Dyke (*pro hac vice*)
   cdyke@nixonpeabody.com
2  Dawn Valentine (*pro hac vice forthcoming*)
   dvalentine@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 32nd Floor
4  San Francisco, CA 94111
   Phone: (415) 984-8200
5  Fax: (415) 984-8300

6

   Ian C. Taylor (*pro hac vice*)
7  itaylor@nixonpeabody.com
   Jennifer Squillario (*pro hac vice*)
8  jsquillario@nixonpeabody.com
   NIXON PEABODY LLP
9  799 9th Street, NW, Suite 500
   Washington, DC 20001
10 Phone: (202) 585-8000
   Fax: (202) 585-8080
11
   *Attorneys for Defendants*
12 *Stantec Consulting Services, Inc.;*
   *The Board of Directors of Stantec*
13 *Consulting Services, Inc.; and*
   *Stantec Consulting Services, Inc.*
14 *Fiduciary Investment Committee*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REPORT ON SETTLEMENT TALKS

4819-5798-9114.2

Pursuant to ¶ 10 of the Case Management Order (Dkt. No. 40), as modified on December 23, 2022 (Dkt. No. 65), Plaintiffs Samantha Gotta and Michael De Sena and Defendants Stantec Consulting Services, Inc.; the Board of Directors of Stantec Consulting Services, Inc.; and the Stantec Consulting Services, Inc. Fiduciary Investment Committee jointly report that they participated in a full-day private mediation session on March 3, 2022, with retired United States Magistrate Judge Morton Denlow (N.D. Ill.) serving as mediator. The case did not settle at that time. Settlement talks have continued periodically with Judge Denlow's assistance, but no settlement has been reached.

In response to the prompt posed by the Court in ¶ 10 of the Case Management Order, Defendants state they are open to any suggestions the Court may have as to how it might assist the parties in settling the case.

Respectfully submitted: May 12, 2023

/s/ Michael *C. McKay*
Michael C. McKay (023354)
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 117
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

Marc H. Edelson (*pro hac vice*)
Eric Lechtzin (*pro hac vice*)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, Pennsylvania 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com
Email: elechtzin@edelson-law.com

*Counsel for Plaintiffs and the proposed Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ *Charles M. Dyke*_____
Charles M. Dyke (*pro hac vice*)
cdyke@nixonpeabody.com
Dawn Valentine (*pro hac vice*)
dvalentine@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Ctr., 32d Floor
San Francisco, CA 94111
Phone: (415) 984-8200
Fax: (415) 984-8300

Ian C. Taylor (*pro hac vice*)
itaylor@nixonpeabody.com
Jennifer Squillario (*pro hac vice*)
jsquillario@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street, NW, Suite 500
Washington, DC 20001
Phone: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Defendants
Stantec Consulting Services, Inc.;
The Board of Directors of Stantec
Consulting Services, Inc.; and
Stantec Consulting Services, Inc.
Fiduciary Investment Committee*